AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| ELEVATE MUSIC FUND 3 LP <br><br> *Plaintiff(s)* <br> v. <br> JOE CARLOS SCAIFE ESTATE and <br> DANIELLE GODWIN SCAIFE <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:25-cv-540 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  DANIELLE GODWIN SCAIFE
JOE CARLOS SCAIFE ESTATE
804 Sawyer Bend Ct
Franklin, TN 37069-7009

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

LYNN PINKER HURST & SCHWEGMANN, LLP
Attention: Holly Stubbs
2100 Ross Avenue
Suite 2700
Dallas, TX 75201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 01/23/2025

/s/ J. Gonzalez
*Signature of Clerk or Deputy Clerk*